ORIGINAL

**Shari Afuso**/HID/09/USCOURTS
01/23/2006 10:52 AM

To: HIDml_CR Notice Group
cc: David Hisashima/HID/09/USCOURTS@USCOURTS, tizmot@earthlink.net, rustam.barbee@gte.net
bcc:
Subject: CR04-400HG, USA v. (04) Leslie Jaramillo (05) Robert Eisler

CR04-400HG, USA v. (04) Leslie Jaramillo
                    (05) Robert Eisler

The time for the Final Pretrial Conference set 2/1/06 at 11:00am has been moved to 2:00pm on 2/1/06 before Judge Chang

AUSA: Thomas Muehleck
Def Attys: (04) Joseph Mottl
           (05) Rustam Barbee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 3 2006

at __11__ o'clock and __09__ min. __a__M
SUE BEITIA, CLERK