IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>               Plaintiff,                       )<br>      vs.                                             )<br>                                                         )<br> LESLIE JARAMILLO,                     )<br>                                                         )<br>               Defendant.                   )<br>                                                         ) | CR . NO. 06-00072 HG<br>CR. NO. 04-00400-04 HG<br><br>REPORT AND RECOMMENDATION<br>CONCERNING PLEA OF GUILTY |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Count 1 of the Information (CR. NO. 06-00072 HG). After examining the defendant under oath, I determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense(s) charged is supported by an independent basis in fact establishing each of the essential elements of such offense(s). I further determined that the defendant intelligently, knowingly and

GUILTY.R&R-PA

voluntarily waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawaii, February 13, 2006.




Kevin S.C. Chang
United States Magistrate Judge

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

CRIMINAL NO. 06-00072 HG/CRIMINAL NO. 04-00400-04 HG; USA vs. LESLIE JARAMILLO ; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY