O AO 455 (Rev. 5/85) Waiver of Indictment

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 3 2006

at ___ o'clock and ___ min. ___ M
~~SUE BEITIA, CLERK~~

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

LESLIE JARAMILLO

WAIVER OF INDICTMENT

CASE NUMBER: 06-00072 HG

I, Leslie Jaramillo _____, the above named defendant, who is accused of conspiring with others to distribute and to possess with intent to distribute five grams or more of methamphetamine, its salts, isomers and salts of its isomers, that is, 28 grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Section 846.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 13, 2006 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

Defendant  LESLIE JARAMILLO

Counsel for Defendant  JOSEPH R. MOTTL

Before _____
       Judicial Officer