

JOSEPH R. MOTTL III #3118
Attorney at Law
63 Merchant Street
Honolulu, HI 96813
Phone: 808-533-6612

Attorney for Defendant
LESLIE JARAMILLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE JARAMILLO (04),<br><br>Defendant. | CR. NO. 04-00400-04 HG<br>CR. NO. 06-00072 HG<br><br>DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE<br><br>Date: July 6, 2006<br>Judge: Hon. Helen Gillmor |

### DEFENDANT'S SENTENCING STATEMENT

The defense received and studied a copy of the proposed presentence report and had no objections.

Dated at Honolulu, Hawaii, June 23, 2006.

_____
JOSEPH R. MOTTL
Attorney for Defendant
LESLIE JARAMILLO

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following by hand delivery, on June 26, 2006.

UNITED STATES ATTORNEY
District of Hawaii
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, HI 96850

Probation Officer
300 Ala Moana Blvd.
Box 50111, Rm. C-126
Honolulu, HI 96850

_____
JOSEPH R. MOTTL