EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00400 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| LESLIE JARAMILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant LESLIE JARAMILLO on the grounds that Defendant entered a guilty plea to the Information in Cr. No. 06-00072 HG and was sentenced on July 6, 2006, to 120 months imprisonment.

Pursuant to the plea agreement entered into by the Defendant and the United States, the United States agreed to dismiss the underlying Indictment in the above-captioned matter after Defendant was sentenced in CR. No. 06-00072 HG. Accordingly, the dismissal is in the interests of justice.

DATED: July 17, 2006, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


By /s/ Mark A. Inciong
   MARK A. INCIONG
   Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, July 19, 2006.



 /s/ Helen Gillmor
Chief United States District Judge


UNITED STATES V. JARAMILLO
CR. NO. 04-00400 HG
"Order for Dismissal"

2