AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

LESLIE JARAMILLO

**WARRANT FOR ARREST**

CR 04-400 HG-04

CASE NUMBER: MAG 04-644

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____LESLIE JARAMILLO____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to distribute and to possess with intent to distribute 50 grams or more of methamphetamine. In violation of

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 2 6 2007
at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

Title  21  United States Code, Section(s)  846

LESLIE E. KOBAYASHI
Name of Issuing Officer

Leslie E. Kobayashi
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

9/28/04  Honolulu, HI
Date and Location

Bail fixed at $ to be determined  by  duty judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST SEP 30 2004 | Special Agent Rachel A Byrd | Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.